UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLAUDIA GAYLE, Individually and On Behalf
of All Others Similarly Situated,

Plaintiff,

-against-

**ORDER**
**07-CV-4672 (NGG) (MDG)**

HARRY'S NURSES REGISTRY, INC. and
HARRY DORVILIER a/k/a HARRY DORVILIEN,

Defendants.
----------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

The court held oral argument on August 9, 2010, to address Plaintiffs' motion for summary judgment. Defendants reiterated their intention (see Docket Entry # 96) to move for reconsideration of Judge Sifton's liability findings. Defendants also explained to the court that their opposition to Plaintiffs' summary judgment motion (Docket Entry # 113) fully covered the arguments that they would make regarding reconsideration. With the consent of the parties, the court converted Defendants' opposition into a motion for reconsideration. Plaintiffs indicated that their opposition to Defendants' motion for reconsideration is fully addressed in their reply (Docket Entry # 115). Defendants shall file a sur-reply addressing Plaintiffs' arguments regarding reconsideration by August 20, 2010. The court will schedule any additional matters upon deciding the two pending motions.

SO ORDERED.

Dated: Brooklyn, New York
August 9, 2010

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge