UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

CLAUDIA GAYLE, Individually, On
Behalf of All Others Similarly                    SUPPLEMENTAL
Situated as Class Representative,                 REPORT AND
                                                  RECOMMENDATION
                        Plaintiffs,

                                                  CV 07-4672 (NGG)(MDG)
              - against -

HARRY'S NURSES REGISTRY, INC., and
HARRY DORVILIER a/k/a HARRY
DORVILIEN,


                        Defendants.

- - - - - - - - - - - - - - - - - - X


       Plaintiffs brought this action against defendants for unpaid

overtime wages under the Fair Labor Standards Act ("FLSA"), 29

U.S.C. § 201 et seq.  On August 23, 2013, this Court filed a

Report and Recommendation addressing the plaintiffs' motion for

attorneys' fees, as well as the parties' cross-motions to amend

the judgment.  See ct. doc. 206.  Plaintiffs have moved for a

supplemental report and recommendation to increase the amount of

costs awarded.  See ct. doc. 207.


                           DISCUSSION

       Although the plaintiffs had requested an award of $6,878.73

for various costs incurred during the course of this litigation,

this Court recommended in the Report and Recommendation an award

                                 1

of costs of only $2,460.29.  This Court recommended disallowance
of plaintiffs' request of $4,418.44 for the costs incurred by the
claims administrator in mailing the notices of pendency and
consent forms.  This Court noted that plaintiffs failed to submit
an invoice or other documentation from the claims administrator
and did not provide any reason for the amount requested, which
this Court found to be high since notice was sent to fewer than
500 people.

In their instant motion, plaintiffs have provided an invoice
from the claims administrator and pointed to their original
explanation that the administrator charged increased costs for
having to retype labels due to defendants' lack of cooperation.
The increased cost claimed for retyping the labels was $1,428.00,
in addition to a set $2,500 fee for services and costs.  While
this Court recognizes that plaintiffs' counsel may have actually
paid the claims administrator for all fees charged, this Court
finds that $1,428.00 is too much to charge for retyping
approximately 500 labels.  Therefore, I respectfully recommend
that the Court award additional costs of $3,490.44 for the
following items charged by the claims administrator:  $2,500 for
the negotiated fee, $500 in additional costs for typing 500
labels and $490.44 for costs of mailing and printing.

<u>CONCLUSION</u>

For the foregoing reasons, I grant the plaintiffs' motion to
supplement my original Report and Recommendation and respectfully

2

recommend that the Court award plaintiffs costs of $5,951.27, an increase of $3,490.44 from the $2,460.29 originally recommended in the Report and Recommendation.  Accordingly, I also amend the recommendation as to item (3) in the penultimate paragraph of the Report and Recommendation (with respect to the judgment entered on September 19, 2012) as follows:  "(3) the judgment should be amended to include an award of attorneys' fees to plaintiffs' counsel in the amount of $127,754.17 and costs of $5,951.27." See ct. doc. 206 at 28.

A copy of this Supplemental Report and Recommendation will be filed and sent electronically to the parties on this date. Objections to this Supplemental Report and Recommendation must be filed with the Clerk of Court, with a copy to the Honorable Nicholas G. Garaufis, by September 13, 2013.  This Court also extends the time to file objections to the Report and Recommendation to September 13, 2013 so that objections to the Report and Recommendation and this Supplemental Report and Recommendation may be made in one document.  Failure to file objections within the time specified waives the right to appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

**SO ORDERED.**

Dated:    Brooklyn, New York
          August 26, 2013

                              _____/s/_____
                              MARILYN D. GO
                              UNITED STATES MAGISTRATE JUDGE