UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CLAUDIA GAYLE, Individually, On Behalf
of All Others Similarly Situated and as Class
Representative,

       07 Civ. 4672 (NGG) (MDG)

     Plaintiff,

       **JUDGMENT**

 - against -

HARRY'S NURSES REGISTRY, INC., and
HARRY DORVILIER a/k/a HARRY
DORVILIEN,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  Judgment in favor of Plaintiffs and against Defendants in the amount of $619,071.76, including $137,320.00 in favor of Plaintiff Jane Burke Hylton and $92,352.00 in favor of Plaintiff Yolanda Robinson, having been entered on September 19, 2012;

  Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 30, 2013, adopting in full the Report and Recommendation of the Honorable Marilyn D. Go, U.S. M.J. and amending the Court's Order entered on September 19, 2012; it is

  ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Ramdeo Chankar Singh and against Defendants Harry's Nurses Registry, Inc. and Harry Dorvilier a/k/a Harry Dorvilien, jointly and severally, in the amount of $300.00, and that it is further

  ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Getty Rocourt and against Defendants Harry's Nurses Registry, Inc. and Harry Dorvilier a/k/a Harry Dorvilien, jointly and severally, in the amount of $1,140.00, and that it is further

  ORDERED AND ADJUDGED that supplemental judgment is entered in favor of Plaintiff Jane Burke Hylton and against Defendants Harry's Nurses Registry, Inc. and Harry

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 22 2013 ★

BROOKLYN OFFICE

Dorvilier a/k/a Harry Dorvilien, jointly and severally, in the amount of $6,512.00, and that it is further

ORDERED AND ADJUDGED that supplemental judgment is entered in favor of Plaintiff Yolanda Robinson and against Defendants Harry's Nurses Registry, Inc. and Harry Dorvilier a/k/a Harry Dorvilien, jointly and severally, in the amount of $118,512.00, and that it is further

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants Harry's Nurses Registry, Inc. and Harry Dorvilier a/k/a Harry Dorvilien, jointly and severally, awarding attorneys' fees of $127,754.17 and costs of $2,460.29.

So ordered.

Dated: Brooklyn, New York
October 1_, 2013

s/Nicholas G. Garaufis
USDJ