UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDIA GAYLE, individually and on behalf of        JUDGMENT
all others similarly situated,        07-CV- 4672 (NGG)

                Plaintiffs,

   -against-

HARRY'S NURSES REGISTRY, INC. and
HARRY DORVILIER a/k/a HARRY
DORVILIEN,

                Defendants.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 14, 2015, granting in part Plaintiffs' motion for additional attorneys' fees and costs related to post-judgment proceedings and the appeal to the U.S. Appeals for the Second Circuit; and awarding to Plaintiffs $41,429.17 in post-judgment attorneys' fees and costs pursuant to 29 U.S.C. § 216(b); it is

      ORDERED and ADJUDGED that Plaintiffs' motion for additional attorneys' fees and costs related to post-judgment proceedings and the appeal to the U.S. Court of Appeals for the Second Circuit is granted in part; and that pursuant to 29 U.S.C. § 216(b), the Court awards Plaintiffs $41,429.17 in post-judgment attorneys' fees and costs.

Dated: Brooklyn, New York                Douglas C. Palmer
      April 15, 2015               Clerk of Court

                          by:   */s/ Janet Hamilton*
                                Deputy Clerk